IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERNANDO REAL, | : | Civil Action No. 3:11-CV-2071 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| LT. DUNKLE, *et. al.*, | : | |
| | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**ORDER**

May 9, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the thorough October 31, 2012 report and recommendation of Magistrate Judge Thomas M. Blewitt. Plaintiff's objections requested a sixty-day extension of time to utilize discovery responses in order to identify his John Doe defendant. Pl.'s Objections, November 13, 2012, ECF No. 40.

More than six months have passed since Magistrate Judge Blewitt issued his report and recommendation. In light of the fact that during the course of this time plaintiff has filed nothing further to identify his John Doe defendant, and because this Court agrees with Judge Blewitt's analysis, the Court will not rehash

1

the sound reasoning enunciated and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's Report and Recommendation is ADOPTED in full. October 31, 2012, ECF No. 39

2. Defendant John Doe is dismissed without prejudice.

3. The case is remanded to Magistrate Judge Blewitt.

                                                  s/ Matthew W. Brann
                                                  Matthew W. Brann
                                                  United States District Judge