IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERNANDO REAL, | : | Civil Action No. 3:11-CV-2071 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| LT. DUNKLE, *et. al.*, | : | |
| | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**ORDER**

December 19, 2014

**BACKGROUND:**

This action was commenced on November 7, 2011, by Plaintiff, Fernando Real, and is proceeding on an amended complaint that Plaintiff filed on May 10, 2012. ECF No. 26.

The matter has been jointly assigned to Magistrate Judge Thomas M. Blewitt pursuant to 28 U.S.C. § 636. Because the instant matter under consideration is Defendants' Motion for Summary Judgment, ECF No. 115, on June 11, 2014, Magistrate Judge Blewitt issued a Report and Recommendation on the motion. ECF No. 130.

The Court has thoroughly reviewed Magistrate Judge Blewitt's

comprehensive report and recommendation, and the parties' objections and responses to it. Plaintiff's objections are merely repetitive of his prior filings, and are insufficient to overcome the legal insufficiencies identified by the magistrate judge. Accordingly, the report and recommendation of the magistrate judge is adopted in its entirety without further comment by the undersigned.

Plaintiff's Motion for Leave to File a Supplemental Complaint, ECF No. 141, is denied as well. Plaintiff asserts that he intends to add details of his murder trial to his complaint. Allowing Plaintiff to amend his complaint would be futile, as those details would not further any of his substantive claims.

**AND NOW, THEREFORE, IT IS HEREBY ORDERED THAT**

1. The June 11, 2014 Report and Recommendation of Magistrate Judge Thomas M. Blewitt is ADOPTED in full. ECF No. 130.

2. Defendants' Motion for Summary Judgment is GRANTED. ECF No. 115.

3. Plaintiff's Motion for Leave to File a Supplemental Complaint is DENIED. ECF No. 141.

4. Final judgment is entered in favor of defendants and against plaintiff.

5. The clerk is directed to close the case file.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge